IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> APPROXIMATELY $72,100.00 IN U.S. ) <br> CURRENCY, ) <br> ) <br> Defendant. ) <br> _____) | **Old Case No. 1:05cv00052 OWW DLB** <br> **New Case No. 1:05cv00052 OWW SMS** <br><br> ORDER DISQUALIFYING <br> MAGISTRATE JUDGE |

    Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.  The new case number shall be **1:05cv00052 OWW SMS**.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

    IT IS SO ORDERED.

    **Dated:    November 22, 2005**                         **/s/ Dennis L. Beck**
3b142a                                                                            UNITED STATES MAGISTRATE JUDGE

1