McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 O Street
Fresno, California 93721
Telephone: (559) 498-7440

FILED

2005 NOV 29  P 12: 29

CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
BY_____
         DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:05-CV- 0052 OWW SMS |
| Plaintiff, | ORDER TO UNSEAL COMPLAINT |
| v. | |
| APPROXIMATELY $72,100.77 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT #08329-08727 | |
| Defendants. | |

Petition having been made to the Court to unseal the above-referenced civil complaint and the court having considered the petition and finding good cause therefore;

IT IS HEREBY ORDERED that the above-captioned civil complaint be unsealed.

Dated: 11/28/05

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE