McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 O Street
Fresno, California 93721
Telephone: (559) 498-7440

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>    v.<br><br>APPROXIMATELY $72,100.77 IN U.S.<br>CURRENCY SEIZED FROM BANK OF<br>AMERICA ACCOUNT #08329-08727<br><br>             Defendants. | 1:05-cv-00052 OWW-SMS<br><br>APPLICATION AND ORDER<br>FOR PUBLICATION |

The United States of America, plaintiff herein, applies for an order of publication as follows:

1.  Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation in the district, designated by order of the Court;

2.  Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

3.  The defendant property was seized in Stanislaus County, Turlock, California;

4.  Plaintiff proposes that publication be made as follows:

    a.  One publication;

    b.  In the following newspaper, a legal newspaper of general circulation, located in the county in which the defendant properties were seized: Modesto Bee;

     c.     The publication to include the following:

          (1)     The Court, title and number of the action;

          (2)     The date of the arrest/seizure;

          (3)     The identity and/or description of the property arrested/seized;

          (4)     The name, address and telephone number of the attorney for the plaintiff;

          (5)     A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule C(6) of the Federal Rules of Admiralty must be filed with the Clerk and served on the attorney for the plaintiff within 30 days after the date of publication;

          (6)     A statement that answers to the complaint must be filed and served within 20 days after the filing of the claim and, in the absence thereof, default may be entered and condemnation ordered;

          (7) A statement that applications for intervention under Fed. R. Civ. P. 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

          (8)     The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

DATED:  12/19/05                    McGREGOR W. SCOTT
                                           United States Attorney

                                           /s/ Kristi C. Kapetan

                                           KRISTI C. KAPETAN
                                           Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

**Dated:  December 21, 2005**              **/s/ Sandra M. Snyder**
icido3                                              UNITED STATES MAGISTRATE JUDGE