McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4-401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Approximately $72,100.00, in U.S. ) <br> Currency, ) <br> ) <br> Defendant. ) | 1:05-CV-00052-OWW-SMS <br><br> **STIPULATION AND ORDER STAYING ACTION** |

    IT IS HEREBY STIPULATED by and between plaintiff United States of America, by its attorney McGregor W. Scott, United States Attorney for the Eastern District of California, Stephanie Hamilton Borchers, Assistant United States Attorney and claimant, Jose R. Martinez, in propria persona, as follows:

    1.    Claimant Jose R. Martinez filed a claim and an answer on February 10, 2006, in this action. No other parties have filed a claim. For purposes of this stipulation only, the United States stipulates that Jose R. Martinez has standing to contest this forfeiture action.

    2.    This civil action was filed under seal on January 12, 2005, and ordered unsealed on November 29, 2005. Claimant Jose R. Martinez is presently facing federal criminal charges in the Eastern District of California, <u>United States v. Jose Rosario Martinez</u>, CR-F-05-466 AWI, arising out of the same transactions and events that form the bases for this civil forfeiture action.

///

3. The parties recognize that proceeding with this action at this time has potential adverse affects on the prosecution of the related criminal case and/or upon claimant Jose R. Martinez's right against self-incrimination in the related criminal case;

THEREFORE, the parties to this action stipulate as follows:

1. Pursuant to 31 U.S.C. § 5317(c)(2) incorporating the procedures of 18 U.S.C. § 981(g), this action shall be stayed pending the conclusion of the federal criminal action presently pending against Jose R. Martinez, or upon the expiration of six months from the date of this order, whichever event shall occur first;

2. The Order requiring the parties to submit a Joint Status Report within sixty days of service is hereby vacated.

**IT IS SO STIPULATED.**

Dated: June 27, 2006                McGREGOR W. SCOTT
                                    United States Attorney

                                    By: /s/ Stephanie Hamilton Borchers
                                        STEPHANIE HAMILTON BORCHERS
                                        Assistant U.S. Attorney

Dated: June 19, 2006                By: /s/ Jose R. Martinez
                                        JOSE R. MARTINEZ
                                        Claimant, In Propria Persona

For good cause shown, the Court adopts the parties' stipulation.

IT IS SO ORDERED.

**Dated:   July 8, 2006**              /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE