McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:05-CV-00052-OWW-SMS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER STAYING ACTION** |
| APPROXIMATELY $72,100.00 IN U.S. CURRENCY, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between plaintiff United States of America, by its attorney McGregor W. Scott, United States Attorney for the Eastern District of California, Stephanie Hamilton Borchers, Assistant United States Attorney and claimant, Jose R. Martinez, by his attorney Melody Walcott, as follows:

    1.    Claimant Jose R. Martinez filed a claim and answer on February 10, 2006, in this action. No other parties have filed a claim. For purposes of this stipulation only, the United States stipulates that Jose R. Martinez has standing to contest this forfeiture action.

    2.    This civil action was filed under seal on January 12, 2005, and ordered unsealed on November 29, 2005. Claimant Jose R. Martinez is presently facing federal criminal charges in the Eastern District of California, *United States v. Jose Rosario Martinez*, CR-F-05-466-AWI, arising out of the same transactions and events that form the basis for this civil forfeiture action.

///

3.    The parties recognize that proceeding with this action at this time has potential adverse affects on the prosecution of the related criminal case and/or upon claimant Jose R. Martinez's right against self-incrimination in the related criminal case. A previous stay in this case has expired.

THEREFORE, the parties to this action stipulate as follows:

Pursuant to 31 U.S.C. § 5317(c)(2) incorporating the procedures of 18 U.S.C. § 981(g), this action shall be stayed pending the conclusion of the federal criminal action presently pending against Jose R. Martinez.

**IT IS SO STIPULATED.**

Dated: January 26, 2007

McGREGOR W. SCOTT
United States Attorney

By: /s/ Stephanie Hamilton Borchers
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney

Dated: January 25, 2007

By: /s/ Melody Walcott
MELODY WALCOTT
Attorney for Claimant, Jose R. Martinez

(Original signature retained by attorney)

For good cause shown, the Court adopts the parties' stipulation.

IT IS SO ORDERED.

**Dated:   January 26, 2007**          /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE

2