McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-CV-00052-OWW-SMS |
| Plaintiff, ) | |
| ) | **STIPULATION FOR RELIEF FROM STAY** |
| v. ) | **AND ORDER THEREON** |
| APPROXIMATELY $72,100.77 IN U.S. ) CURRENCY, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by its attorney McGregor W. Scott, United States Attorney for the Eastern District of California, Stephanie Hamilton Borchers, Assistant United States Attorney, and Melody Walcott, Attorney for Claimant Jose R. Martinez:

1. This stipulation is executed by all parties who have appeared in and are affected by this action;

2. The parties are requesting the Court lift the stay in the above-captioned civil forfeiture matter. Since the stay was ordered, the parties have reached a settlement agreement.

///
///
///
///

3. The parties wish to proceed with this action and agree that moving forward at this time would not adversely affect the prosecution of the related criminal case, *United States v. Jose Rosario Martinez,* 1:05-CR-00466-LJO-ALL.

Dated: July 20, 2007                                      McGREGOR W. SCOTT
                                                          United States Attorney

                                                           /s/ Stephanie Hamilton Borchers
                                                          STEPHANIE HAMILTON BORCHERS
                                                          Assistant United States Attorney

Dated: July 18, 2007                                       /s/ Melody Walcott
                                                          MELODY WALCOTT
                                                          Attorney for Defendant Jose R. Martinez
                                                          in 1:05-CR-466 LJO

                                                          (Original signature retained by attorney)

IT IS SO ORDERED.

**Dated:   July 23, 2007**                                 **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE