McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

FILED

AUG 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:05-CV-00052-OWW-SMS |
| Plaintiff, | |
| v. | **FINAL JUDGMENT OF FORFEITURE** |
| APPROXIMATELY $72,100.77 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendant approximately $72,100.77 in U.S. Currency (hereafter "defendant currency").

2. A Verified Complaint for Forfeiture *In Rem* was filed on January 12, 2005, seeking the forfeiture of the defendant currency, alleging said currency is subject to forfeiture to the United States of America pursuant to 31 U.S.C. § 5317(c)(2) because the defendant currency was involved in violations of 31 U.S.C. § 5324(a)(1) & (3), or a conspiracy to commit such violations, or is traceable to such violations.

3. On February 1, 2005, in accordance with said Complaint, a Warrant and Summons for Arrest for the defendant currency was issued and duly executed on January 26, 2005.

4. On or about January 17, 2006, a Public Notice of Arrest of the defendant currency appeared by publication in The Modesto Bee, a newspaper of general circulation in the county in

1  which the defendant currency was seized (Stanislaus County). The Proof of Publication was filed
2  with the court on January 19, 2006.

3      5.    In addition to the Public Notice of Arrest having been completed, actual notice was
4  personally served upon Jose R. Martinez. On February 10, 2006, Jose R. Martinez filed his Claim
5  and Answer.

6      6.    To date, no other parties have filed claims or answers in this matter, and the time for
7  which any person or entity may file a claim and answer has expired.

8      7.    The United States' allegations are set forth in its Verified Complaint for Forfeiture
9  *In Rem* filed January 12, 2005.

10  Based on the above findings, and the files and records of the Court, it is hereby
11  ORDERED AND ADJUDGED:

12      1.    That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into
13  by and between the parties to this action.

14      2.    That judgment is hereby entered against claimant Jose R. Martinez, Potential
15  Claimant San Juana Martinez, and all other potential claimants who have not filed claims in this
16  action.

17      3.    That upon entry of this Final Judgment of Forfeiture, the defendant currency, together
18  with any interest that may have accrued on that amount, shall be forfeited to the United States
19  pursuant to 31 U.S.C. § 5317(c)(2), to be disposed of according to law.

20      4.    That Plaintiff United States of America and its servants, agents, and employees, and
21  all other public entities, their servants, agents, and employees are released from any and all liability
22  arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant
23  currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or
24  damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed.
25  The parties waive the provisions of California Civil Code § 1542.

26      5.    Pursuant to the stipulation of the parties and allegations set forth in the Verified
27  Complaint for Forfeiture *In Rem* filed January 12, 2005, the Court finds that there was reasonable
28  cause for the seizure of the defendant currency, and a Certificate of Reasonable Cause pursuant to

1  28 U.S.C. § 2465 shall be entered accordingly.

2       6.    That all parties are to bear their own costs and attorneys' fees.

3  SO ORDERED THIS 7th day of August, 2007.

 

                                           OLIVER W. WANGER
                                           United States District Judge

## CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed January 12, 2005, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of the defendant currency.

Dated: 8-7-07

                                           OLIVER W. WANGER
                                         United States District Judge