

1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  1:05-CV-00052-OWW-SMS
                                     )
12          Plaintiff,               )  CORRECTED
                                     )  **FINAL JUDGMENT OF FORFEITURE**
13      v.                           )
                                     )
14  APPROXIMATELY $72,100.77 IN U.S. )
    CURRENCY,                        )
15                                   )
            Defendant.               )
16  _____)

17         Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

18         1.      This is a civil forfeiture action against defendant approximately $72,100.77 in U.S.

19  Currency (hereafter "defendant currency").

20         2.      A Verified Complaint for Forfeiture *In Rem* was filed on January 12, 2005, seeking

21  the forfeiture of the defendant currency, alleging said currency is subject to forfeiture to the United

22  States of America pursuant to 31 U.S.C. § 5317(c)(2) because the defendant currency was involved

23  in violations of 31 U.S.C. § 5324(a)(1) & (3), or a conspiracy to commit such violations, or is

24  traceable to such violations.

25         3.      On February 1, 2005, in accordance with said Complaint, a Warrant and Summons

26  for Arrest for the defendant currency was issued and duly executed on January 26, 2005.

27         4.      On or about January 17, 2006, a Public Notice of Arrest of the defendant currency

28  appeared by publication in The Modesto Bee, a newspaper of general circulation in the county in

1   which the defendant currency was seized (Stanislaus County). The Proof of Publication was filed
2   with the court on January 19, 2006.

3        5.     In addition to the Public Notice of Arrest having been completed, actual notice was
4   personally served upon Jose R. Martinez. On February 10, 2006, Jose R. Martinez filed his Claim
5   and Answer.

6        6.     To date, no other parties have filed claims or answers in this matter, and the time for
7   which any person or entity may file a claim and answer has expired.

8        7.     The United States' allegations are set forth in its Verified Complaint for Forfeiture
9   *In Rem* filed January 12, 2005.

10        Based on the above findings, and the files and records of the Court, it is hereby

11        ORDERED AND ADJUDGED:

12        1.     That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into
13   by and between the parties to this action.

14        2.     That judgment is hereby entered against claimant Jose R. Martinez, Potential
15   Claimant San Juana Martinez, and all other potential claimants who have not filed claims in this
16   action.

17        3.     That upon entry of this Final Judgment of Forfeiture, the defendant currency, together
18   with any interest that may have accrued on that amount, shall be forfeited to the United States
19   pursuant to 31 U.S.C. § 5317(c)(2), to be disposed of according to law.

20        4.     That Plaintiff United States of America and its servants, agents, and employees, and
21   all other public entities, their servants, agents, and employees are released from any and all liability
22   arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant
23   currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or
24   damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed.
25   The parties waive the provisions of California Civil Code § 1542.

26        5.     Pursuant to the stipulation of the parties and allegations set forth in the Verified
27   Complaint for Forfeiture *In Rem* filed January 12, 2005, the Court finds that there was reasonable
28   cause for the seizure of the defendant currency, and a Certificate of Reasonable Cause pursuant to

1  28 U.S.C. § 2465 shall be entered accordingly.

2       6.     That all parties are to bear their own costs and attorneys' fees.

3  SO ORDERED THIS 7th day of _August_, 2007.

5  _____
6  OLIVER W. WANGER
  United States District Judge

8  <u>CERTIFICATE OF REASONABLE CAUSE</u>

9  Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations

10  set forth in the Verified Complaint for Forfeiture *In Rem* filed January 12, 2005, the Court enters this

11  Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for

12  seizure of the defendant currency.

13  Dated: 8-7-07    _____
14  OLIVER W. WANGER
  United States District Judge